McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>                        v.<br><br>DEREK HILLGERT AND<br>JEFFREY WILHITE,<br><br>                                Defendants. | CASE NO.  2:18-CR-112-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: September 24, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.      By previous order, this matter was set for status on September 24, 2018.

2.      By this stipulation, defendants now move to continue the status conference until October 29, 2018, and to exclude time between September 24, 2018, and October 29, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      On August 23, 2018, the government produced discovery associated with this case that includes more than 1500 pages of documents.

        b)      Counsel for defendants desire additional time to review the discovery and discuss the matter with their clients.

1    c)    Counsel for defendants believe that failure to grant the above-requested

2    continuance would deny them the reasonable time necessary for effective preparation, taking into

3    account the exercise of due diligence.

4    d)    The government does not object to the continuance.

5    e)    Based on the above-stated findings, the ends of justice served by continuing the

6    case as requested outweigh the interest of the public and the defendant in a trial within the

7    original date prescribed by the Speedy Trial Act.

8    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9    et seq., within which trial must commence, the time period of September 24, 2018 to October 29,

10    2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

11    T4] because it results from a continuance granted by the Court at defendant's request on the basis

12    of the Court's finding that the ends of justice served by taking such action outweigh the best

13    interest of the public and the defendant in a speedy trial.

14    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

15    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

16    must commence.

17    IT IS SO STIPULATED.

18

19

20    Dated:  September 20, 2018          McGREGOR W. SCOTT
United States Attorney

21

22          /s/ MIRIAM R. HINMAN
MIRIAM R. HINMAN

23          Assistant United States Attorney

24

25    Dated:  September 20, 2018          /s/ J TONEY
J TONEY

26          Counsel for Defendant
Derek Hillgert

27

28    Dated:  September 20, 2018          /s/ MATTHEW BOCKMON

1
MATTHEW BOCKMON
Counsel for Defendant
2
Jeffrey Wilhite

3

4

5
**FINDINGS AND ORDER**

6
IT IS SO FOUND AND ORDERED.

7
Dated:  September 21, 2018

8

9
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28