1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  MATTHEW C. BOCKMON, SBN # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   JEFFERY WILHITE
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,        )  Case No.  2:18-cr-112 WBS
11                                   )
                  Plaintiff,         )  **STIPULATION AND [~~PROPOSED~~] ORDER
12                                   )  TO CONTINUE PRESENTENCE
   vs.                               )  SCHEDULE AND JUDGMENT &
13                                   )  SENTENCING**
   JEFFERY WILHITE and DEREK         )
14 HILLGERT,                         )  Date:   January 14, 2019
                                     )  Time:  9:00 a.m.
15                Defendants.        )  Judge: Hon. William B. Shubb
   _____   )
16

17         IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18 Attorney, through Miriam Hinman, Assistant United States Attorney, counsel for Plaintiff, and

19 Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon,

20 counsel for Jeffery Wilhite, and J. Toney, counsel for Derek Hillgert, that the sentencing hearing

21 **may be continued to February 25, 2019**. Accordingly, it is further stipulated that the briefing

22 schedule be continued as follows:

23         The Draft Presentence Report shall be filed with the
           Court and disclosed to counsel no later than:            1/14/19
24
           Informal Objections Due to Probation and Opposing
25         Counsel no later than:                                   1/28/19

26         The Presentence Report shall be filed with the Court
           and disclosed to counsel no later than:                  2/4/19
27
           Motion for Correction of the Presentence Report
28         shall be filed with the Court and served on the

1    Probation Officer and opposing counsel no later than:    2/11/19

2    Reply or statement of non-opposition/Sentencing Memo:    2/19/19

3    Judgment and Sentencing Date:    2/25/19

4    This continuance is requested because defense counsel and Probation were not able to

5    coordinate interviews of the defendants until recently and because defense counsel seeks

6    additional time to investigate mitigating evidence in preparation for the sentencing hearing.

7    Probation is aware of this stipulation and does not oppose the request. The government has no

8    objection or opposition to the continuance.

9                                                Respectfully submitted,

10                                               HEATHER E. WILLIAMS
                                                 Federal Defender
11

12   Date: December 14, 2018              */s/  Matthew C. Bockmon*
                                                 MATTHEW C. BOCKMON
13                                               Assistant Federal Defender
                                                 Attorneys for Defendant
14                                               JEFFERY WILHITE

15   Date: December 14, 2018              */s/  J. Toney*
                                                 J. TONEY
16                                               Attorney for Defendant
                                                 DEREK HILLGERT
17

18   Date: December 14, 2018                    MCGREGOR W. SCOTT
                                                 United States Attorney
19
                                           */s/ Miriam Hinman*
20                                               MIRIAM HINMAN
                                                 Assistant United States Attorney
21                                               Attorney for Plaintiff

22

23

24

25

26

27

28

Stipulation and Order to Continue PSR Schedule          -2-

1

**O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders

4   the sentencing hearing reset for February 25, 2019 at 9:00 a.m.

5   IT IS SO ORDERED.

6

7   Dated:  December 14, 2018

8                                                                     WILLIAM B. SHUBB

9                                                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28