HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JEFFREY WILHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY WILHITE,<br><br>Defendant. | Case No. 2:18-CR-00112-WBS<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE** |

Defendant, JEFFREY WILHITE, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. This matter came before the Court for a status conference on June 12, 2023, to discuss Mr. Wilhite's compliance with his conditions of supervised release imposed on February 25, 2018.

2. By this stipulation, the parties agree to modify Mr. Wilhite's conditions of supervised release to require that he participate inpatient substance use treatment.

3. For the reasons stated on the record at the status conference, the parties now agree and stipulate, and request that the Court order the following:

    a. To address Mr. Wilhite's continued substance use, the parties agree that inpatient substance use treatment is appropriate;

      b. Mr. Wilhite is willing to attend a 90-day inpatient substance use treatment program, specifically Wellspace, in California;

      c. Mr. Wilhite will coordinate an exact date to report to the Wellspace program with United States Probation, depending on bed space availability and his travel from Oklahoma to California;

      d. Mr. Wilhite will continue to be subject to all prior court-imposed conditions of release, with the following modification:

> *You must participate in an inpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program, for a period of up to 90 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.*

      e. This case will be set for a status conference on **October 23, 2023 at 9:00 a.m.** in order to discuss Mr. Wilhite's continued compliance with his conditions of supervised release.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 13, 2023

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
JEFFREY WILHITE

Date: June 13, 2023

*/s/ Kristin Faye Scott*
KRISTIN FAYE SCOTT
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: June 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*United States v. Wilhite* – Stipulation Modifying Conditions and Proposed Order

2