HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, # 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
JEFFREY WILHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00112-WBS |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER** |
| vs. | Date: September 9, 2024<br>Time: 10:00 a.m.<br>Court: Hon. William B. Shubb |
| JEFFREY WILHITE, | |
| Defendant. | |

### STIPULATION

Defendant, JEFFREY WILHITE, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for an admit/deny hearing on September 9, 2024.

2. By this stipulation, defendant now moves to continue the admit/deny hearing until **October 7, 2024 at 10:00 a.m**.

3. This continuance is necessary to accommodate the parties' schedules, including allowing Mr. Wilhite to obtain flights to and from Sacramento and Oklahoma.

4. The government does not object to the continuance.

//

//

//

-1-

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 4, 2024     */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
JEFFREY WILHITE

Dated: September 4, 2024     */s/ Nicole Moody*
NICOLE MOODY
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: September 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE